VA Website Maintenance

 
 

 

 

 skip to page content

 
 

 

 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 
 Enter your search textButton to start search

 
 
 
 
 
 
 
 
 
 site map [a-z]
 
 
 
 
 
 
 
 

 

 
 Go to homepage. 
 Home 

 Veteran Services 
 
 
 
 
 
 Inside Veteran Services
 New to VA
 Benefits Booklet
 Benefits & Services
 General Benefits Information
 Disability Compensation
 Pension
 GI Bill
 Vocational Rehabilitation & Employment
 Vet Success
 Dependents' Educational Assistance
 Survivor Benefits
 Home Loans
 Life Insurance
 Traumatic Injury Insurance
 
 

 Health & Well-Being
 Health Care Information
 A-Z Health Topic Finder
 My Health e Vet
 Refill Prescriptions
 Crisis Prevention
 Mental Health
 PTSD
 Public Health
 
 
 
 Burials & Memorials
 Cemetery Services
 Burials
 Headstones & Markers
 Presidential Memorial Certificates
 Cemeteries
 Nationwide Gravesite Locator
 Burial Flags
 Burial Allowance
 
 
 
 
 
 
 
 
 
 
 Business 
 
 
 
 
 Small Business Opportunities
 Starting a Business
 VetBiz.gov 
 Acquisitions
 Construction
 Volunteer
 

 
 
 
 
 
 About VA 
 
 
 
 
 
 Inside the VA
 Secretary of VA
 Executive Biographies
 Organizations
 History
 Data and Statistics
 Jobs
 Faith-based & Neighborhood Partnerships
 VA for Kids
 Congressional Affairs
 Legislation
 Testimony
 
 
 
 Budget and Performance
 VA Plans, Budget, and Performance
 VA Innovation Initiative (VAi2)
 Performance and Accountability Report
 Budget Submission
 Recovery Act
 
 
 
 Budget and Performance 
 State Veterans Affairs Offices
 Veterans Service Organizations
 
 
 
 
 
 
 
 Media Room 
 
 
 
 
 
 Inside the Media Room
 News Releases
 Speeches
 Videos
 Publications
 
 
 
 National Observances
 Veterans Day
 Memorial Day
 Celebrating America's Freedoms
 
 
 
 Special Events
 Creative Arts Festival
 Golden Age Games
 Summer Sports Clinic
 Training–Exposure– Experience (TEE) Tournament
 Wheelchair Games
 Winter Sports Clinic
 
 
 
 
 
 
 
 Locations 
 
 
 
 
 
 Hospitals and Clinics
 Vet Centers
 Regional Benefits Offices
 Regional Loan Centers
 Cemetery Locations
 

 
 
 
 
 
 Contact Us 
 
 
 
 
 
 FAQs
 Ask a Question
 Toll Free Numbers
 
 
 
 
 
 

 
 

 
 
 

 

 
 
 
 
 
 
 
 
 
 
 Health
 Benefits
 Memorials
 Releases

 Leadership
 
 Secretary Shinseki
 Speeches
 Executive Biographies
 
 
 
 
 VA Issues
 
 Homelessness
 PTSD
 Post 9/11 GI Bill
 Mental Health
 Claims Inventory
 
 
 
 
 Homeless
 
 Homeless Veterans Home
 About the Initiative
 For Homeless Veterans
 For At-Risk Veterans
 For Women Veterans
 For the Community
 Health Care 
 Mental Health Services
 Housing Assistance
 Employment Programs
 Upcoming Events
 Photo Galleries
 Other Resources
 Success Stories
 Download Center
 
 
 
 
 Special Events
 
 Adaptive Sports
 
 Adaptive Sports Home
 Groups
 
 Groups
 Overview
 Success Stories
 Family / Caregivers
 VA Clinical Personnel
 Sports / Community Programs
 Research
 
 
 Find a Sports Club
 
 Sports Club Finder
 Advanced Sports Club Finder
 
 
 About Program Office
 
 Program Overview
 FAQ
 Latest Announcements
 
 
 Grant Pogram
 Training Allowances
 Contact
 
 
 Creative Arts Festival
 Golden Age Games
 Summer Sports Clinic
 Training - Exposure - Experience - Tournament
 Wheelchair Games
 Winter Sports Clinic
 
 
 Intergovernmental Affairs (IGA)
 
 Intergovernmental Affairs Home
 Tribal Relations
 
 
 Videos
 Days of Observance
 
 Veterans Day
 Memorial Day
 
 
 
 
 
 
 
 
 

 

 
 
 
 

 
 
 
 
 
 
 
 
 
 

 
 
 
 
 

 
 
 
 
 
  
 
 

 
 VA Website Maintenance
 Our Apologies, the site you are attempting to reach is currently undergoing scheduled maintenance and will be back online as soon as possible. 
 
 
 
 
 
 
 
 
 Veterans Crisis Line - 800-273-8255 and Press 1
 
 
 Chat online at http://www.VeteransCrisisLine.net
 Send a text message to 838255
 
 Service members and their families and friends can call and text the Veterans Crisis Line numbers and can chat online at http://www.MilitaryCrisisLine.net
 
 
 Toll Free Numbers for Contacting VA Benefits: 1-800-827-1000
 
 Burial
 Death Pension
 Dependency Indemnity Compensation
 Direct Deposit
 Directions to VA Benefits Regional Offices
 Disability Compensation
 Disability Pension
 Education
 Home Loan Guaranty
 Medical Care
 Vocational Rehabilitation and Employment
 
 Health Care Benefits: 1-877-222-8387 
 
 
 
 
 Additional Numbers and Websites
 
 
 Resource
 Phone Number
 Website
 
 
 Bereavement Counseling
 1-202-461-6530
  
 
 
 Children of Women Vietnam Veterans (CWVV)
 1-877-345-8179 (or) 
 1-888-820-1756
  
 
 
 Civilian Health and Medical Program (CHAMPVA)
 1-800-733-8387
  
 
 
 Debt Management Center (Collection of Non-Medical Debts)
 1-800-827-0648
  
 
 
 Department of Veterans Affairs' (VA) National Call Center for Homeless Veterans hotline
 1-877-424-3838
  
 
 
 eBenefits (General Questions & Technical Issues)
 1-800-983-0937
  
 
 
 Education (GI Bill):
 1-888-442-4551
  
 
 
 Federal Recovery Coordination Program
 1-877-732-4456
  
 
 
 Foreign Medical Program
 1-888-820-1756
  
 
 
 Gulf War Veterans Helpline
 1-800-749-8387
  
 
 
 Homeless veterans
 1-877-222-8387
  
 
 
 Income Verification and Means Testing
 1-800-929-8387
  
 
 
 Life Insurance
 1-800-669-8477
  
 
 
 Meds by Mail
 1-888-385-0235 (or) 
 1-866-229-7389
  
 
 
 National Call Center for Homeless Veterans
 1-877-424-3838
  
 
 
 National Cemetery Scheduling Office
 1-800-535-1117
  
 
 
 National Personnel Records Center
 1-314-801-0800
  
 
 
 National Resource Directory
 
 https://www.nrd.gov/
 
 
 Pension Management Center
 1-877-294-6380
  
 
 
 Presidential Memorial Certificate Program
 1-202-565-4964
  
 
 
 Service-Disabled Veteran-Owned or Veteran-Owned Small Business
 1-202-303-3260
  
 
 
 Special Health Issues
 1-800-749-8387
  
 
 
 Spina Bifida/Children of Women Vietnam Veterans
 1-888-820-1756
  
 
 
 Status of Headstones and Markers
 1-800-697-6947
  
 
 
 Telecommunications Device for the Deaf (TDD)
 1-800-829-4833
  
 
 
 VA Caregiver Support Line
 1-855-260-3274
  
 
 
 VA for Vets
 1-855-824-8387
  
 
 
 VA Inspector General
 1-800-488-8244
  
 
 
 VA Office of Public and Intergovernmental Affairs
 1-202-461-7600
  
 
 
 Veteran's ID Theft Hot Line
 1-800-333-4636
  
 
 
 Veterans' Employment and Training Service (VETS)
 1-866-487-2365
  
 
 
 Women Veterans
 1-202-461-1070
  
 
 
 Wounded Warrior Resource Center
 1-800-342-9647
  
 
 
  
 
 return to top 
 
 

 
 
 
 
 
 

 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 

 
 
 
 
 CONNECT
 Veterans Crisis Line:
 1-800-273-8255 (Press 1)
 
 Social Media
 
 
 
 
 
 
 
 
 
 Complete Directory 
 
 EMAIL UPDATES
 
 
 
 Email Address
 
 
 
 

 Button to subscribe to email
 
 
 
 

 
 
 
 VA HOME
 
 
 Notices
 Privacy
 FOIA
 Regulations
 Web Policies
 No FEAR Act
 Site Index
 USA.gov
 White House
 Inspector General
 
 
 
 
 
 QUICK LIST
 
 
 Veterans ON–line Application
 Prescriptions
 Enroll/Update Medical Benefits 
 My HealtheVet
 eBenefits
 Life Insurance Online Applications
 VA Forms
 State and Local Resources 
 Strat Plan FY 2011–2015 
 VA 2013 Budget Submission
 
 
 
 
 
 RESOURCES
 
 
 Careers 
 Returning Service Members
 Vocational Rehabilitation & Employment
 Homeless Veterans 
 Women Veterans 
 Minority Veterans 
 Surviving Spouses and Dependents
 Adaptive Sports Program 
 
 
 
 
 
 ADMINISTRATION
 
 Veterans Health Administration
 Veterans Benefits Administration
 National Cemetery Administration
 
 
 
 
 
 
 U.S. Department of Veterans Affairs | 810 Vermont Avenue, NW Washington DC 20420
 Last updated May 2, 2013.